that plaintiff is entitled to recover the amount which Samuels paid to the defendant.

ARGERSINGER, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Margaret Argersinger against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

AVON SPRINGS SANITARIUM CO. v. WEED. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by the Avon Springs Sanitarium Company against William J. Weed. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question to be reviewed certified. See 104 N. Y. Supp. 58.

BACON, Respondent, v. SAEGER, Appellant. (Supreme Court, Appellate Division, Fourth Department, May 15, 1907.) Action by Pauline M. Bacon against Alvin E. Saeger.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

BAGLEY, Appellant, v. McLEISH, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by William Bagley against George McLeish. No opinion. Judgment of the Municipal Court reversed, and a new trial ordered, costs to abide the event, as upon the conceded facts the plaintiff was entitled to some recovery for use and occupation over the amount of the counterclaim proved by the defendant.

BANK, Appellant, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Bertha Bank against the Supreme Tent of the Knights of Maccabees of the World. No opinion. Order setting aside verdict and granting a new trial affirmed, with costs.

BANNISTER, Respondent, v. MICHIGAN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by Catherine Bannister against the Michigan Mutual Life Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held, that the action was barred by the limitation contained in the contract of insurance. See 97 N. Y. Supp. 843.

SPRING, J., dissents.

BARLOW, Respondent, v. NUMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by Minnie F. Barlow against Sali Numan and another. No opinion. Order affirmed, with $10 costs and disbursements.

BARRON v. HOPPER. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Hugh J. Barron against Margaret D. Hopper. No opinion. Motion granted, with $10 costs. Order filed.

BARSON et al., Respondents, v. MULLIGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by Charles H. Barson and another against Agnes K. M. Mulligan and another. W. G. Mulligan, for appellants. H. A. Forster, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See 94 N. Y. Supp. 687, 688, 690.

BAUCKHAM, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Ellen Bauckham against the New York City Railway Company. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

BEARDSWORTH v. HARNDEN. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Lillie Beardsworth against Ida Harnden. No opinion. Motion granted, without costs. Order filed.

BEATTY, Respondent, v. IRELAND et al., Appellants (three cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Robert A. Beatty against John B. Ireland and another. I. Josephson, for appellants. J. Marks, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BELDEN v. BELDEN et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by George G. Belden, as administrator, etc., against William Belden and others. No opinion. Motion denied, with $10 costs. Order filed.

BELDEN v. BELDEN et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Henry Belden, as administrator, against William Belden and others. C. L. Craig, for appellant. A. I. Elkus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 103 N. Y. Supp. 346.

BELDEN, Respondent, v. BELDEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by George G. Belden against William Belden, impleaded with others. A. I. Elkus, for appellant. A. Van Wyck, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BELDING, Respondent, v. BELDING, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by John L. Belding against Maria A. Belding. No opinion. Judgment affirmed, with costs.